IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SEFEDIN RAMA and LJILJIN RAMA,<br><br>Plaintiffs,<br><br>vs.<br><br>IGOR GRDJIC; IVICA BOSNJAK aka IVICA BOSNJOK; 1677159 ONTARIO INC.; SEVEN STAR EXPRESS LINE LTD.; ROBERT THOMAS VANAMBURG and NEW PRIME INC.,<br><br>Defendants. | CV 19-49-M-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I am a former partner at the law firm of Garlington Lohn and Robinson, PLLP. Accordingly, I ask that this case be reassigned.

DATED this 8th day of August, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge