IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SEFEDIN RAMA and LJILJANA RAMA,<br><br>Plaintiffs,<br><br>v.<br><br>IGOR GRDJIC; IVICA BOSNJAK aka IVICA BOSNJOK; 1677159 ONTARIO INC.; SEVEN STAR EXPRESS LINE LTD.; ROBERT THOMAS VANAMBURG and NEW PRIME INC.,<br><br>Defendants. | CV-19-049-M-JTJ<br><br><br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. 27), and for good cause,

IT IS HEREBY ORDERED that Plaintiffs' Complaint filed herein is dismissed with prejudice. Each party to bear their own costs.

DATED this 14th day of January, 2020.

_____
John Johnston
United States Magistrate Judge

2898071